United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

KELY REYNA RODRIGUEZ,

    Petitioner,

v.

WARDEN, MONTGOMERY
PROCESSING CENTER, *et al.*,

    Respondents.

§
§
§
§
§
§
§
§
§
§
§
§

CIVIL NO. 4:26-cv-763

## ORDER

From the Federal Respondents' Status Report, ECF No. 10, the Court has been informed that the Petition for Writ of Habeas Corpus is moot because Petitioner is no longer in the custody of the Department of Homeland Security.

It is therefore ORDERED that Petitioner Kely Reyna Rodriguez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is hereby DISMISSED without prejudice.

SIGNED at Houston, Texas, this _27th_ day of __May__, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE